No. 880. KELLEY v. UNITED STATES. C. A. 9th Cir. Application for stay denied.

No. 1344. FITZPATRICK ET AL. v. BOARD OF ELECTION COMMISSIONERS OF THE CITY OF CHICAGO ET AL. Appeal from D. C. N. D. Ill. Motion to expedite denied.

No. 6007. HALLEY v. UNITED STATES ET AL.;
No. 6134. HUNT v. EYMAN, WARDEN, ET AL.;
No. 6165. FORBES v. WAINWRIGHT, CORRECTIONS DIRECTOR;
No. 6176. GARDNER v. CALIFORNIA;
No. 6186. PERNELL v. NEIL, WARDEN, ET AL.; and
No. 6196. SZIJARTO v. CALIFORNIA. Motions for leave to file petitions for writs of habeas corpus denied.